IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br><br>FRANCISCO GONZALEZ, JR.,<br>    Defendant. | §<br>§<br>§   Case Number: EP-13-CR-483-KC<br>§<br>§<br>§<br>§ |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus (XX) **ad prosequendum** ( ) **ad testificandum**; and,

1. Name of Detainee: FRANCISCO GONZALEZ, INMATE ID NUMBER: 58150-051

2. Name of custodian and place of confinement:

    **Tucson Manzanita Unit**
    **10000 South Wilmot**
    **Tucson, Arizona 85734**

3. Detainee is charged in this district by (XX) Indictment ( ) Information ( ) Complaint, (XX) Revocation of Supervised Release/Probation, OR is a witness not otherwise available by the ordinary process of the Court.

4. Appearance is necessary on **December 1, 2014 at 2:00 p.m.** before United States Magistrate Judge Miguel Torres, at the United States Courthouse, 525 Magoffin Ave., El Paso, Texas 79901, **for any and all future court proceedings.**

ROBERT PITMAN
United States Attorney

BY: _____
STEPHEN G. GARCIA
Assistant U.S. Attorney

## WRIT OF HABEAS CORPUS

(XX) **Ad Prosequendum**                                   ( ) **Ad Testificandum**

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby **ORDERED** to produce the named detainee on the date and at the time recited above, and for any further proceedings to be had in this cause; and at the conclusion of said proceedings, to return said detainee to the above-named custodian.

Date signed: 10/24/14                           _____
                                                UNITED STATES MAGISTRATE JUDGE

A true copy of the original, I certify.
Clerk, U. S. District Court
By _____
       Deputy